UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CSC HOLDINGS, INC.

                Plaintiff,

- against -

JOSEPH P. OSBORN, individually
and doing business as BLACKSTAR
ELECTRONICS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MEMORANDUM
AND
ORDER

98-CV-6693 (TCP)(ARL)

PLATT, District Judge.

       On the basis of and for the reasons stated in the Report and Recommendation dated November 1, 1999, of United States Magistrate Judge Arlene Rosario Lindsay, and no objections having been filed with respect thereto, the plaintiff is awarded $20,000 in statutory damages and $2,536 in attorney's fees and costs and judgment should be entered in such amounts in favor of the plaintiff herein.

       SO ORDERED.

                                      /S/
                              United States District Judge

Dated: Central Islip, New York
       January 30, 2007